R. MUDANO and SALVATORE FARINELLA, Copartners Doing Business as R. MUDANO & COMPANY, Respondents, v. NICHOLAY A. SICHKO and KATE SECHKO, Appellants, and NICHOLAS V. AVRALOFF (Also Known as NICHOLAS NOGRODSKY), Respondent. SMITH ALFORD & CO., INC., and HEMPSTEAD HARBOR LUMBER CORPORATION, Defendants.— Order of the County Court of Nassau county denying motion of defendants Nicholas Sechko (sued as Nicholay A. Sichko) and Kate Sechko to dismiss complaint, to strike out answer of defendant Smith Alford & Co., Inc., and to vacate undertakings affirmed, with ten dollars costs and disbursements to plaintiffs, respondents. The motion is made by Bushel and Gottlieb, who claim to be attorneys for appellants. The record shows that Mr. Hyman Bushel was the attorney for appellants when the answer was served. Mr. Bushel was appointed a city magistrate and no other attorney has been substituted. (Civ. Prac. Act, § 240.) Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

NEWBURGH CORNICE WORKS, INC., Appellant, v. NEWBURGH SHIPYARDS, INC., Respondent, and THOMAS C. DESMOND, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

OLDVINE REALTY CO., INC., Appellant, v. NALMITH REALTY CORPORATION, Respondent.— Order striking out certain matters contained in plaintiff's complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

ROSE PALMER, Respondent, v. BENJAMIN TRAKTMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.